United States District Court

For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10   Jamar James Evans,                              NO. C 08-02768 JW

11            Plaintiff,                      **ORDER GRANTING PLAINTIFF'S
                                              APPLICATION TO PROCEED IN**
         v.
12                                            **FORMA PAUPERIS**

     Michael J. Astrue,
13   Commissioner of Social Security,

14            Defendant.
                                                    /
15

16                        **I.  INTRODUCTION**

17        Pursuant to 28 U.S.C. § 1915(a), Jamar James Evans has filed an Application to Proceed in

18   Forma Pauperis based on his declaration of poverty in this action against Michael J. Astrue,

19   Commissioner of the Social Security Administration.  (Docket Item No. 2.)  For the reasons set forth

20   below, the Court GRANTS Plaintiff's application.

21                        **II.  DISCUSSION**

22   **A.    Eligibility to Proceed In Forma Pauperis**

23        Title 28 U.S.C. Section 1915(a)(1) provides that "[a]ny court of the United States may

24   authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or

25   criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits

26   an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to

27   pay such fees or give security therefor."  Section 1915 further states that "such affidavit shall state

28

1  the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress."

2  28 U.S.C. § 1915.

3        Although the Ninth Circuit has not directly addressed whether non-prisoners may bring suit

4  in forma pauperis under the 1996 amendment to § 1915(a), other circuits have found that this right

5  still exists. Floyd v. United States Postal Serv., 105 F.3d 274, 275-77 (6th Cir. 1997) (overruled on

6  other grounds); Schagene v. U.S., 37 Fed. Cl. 661, 662 (Fed. Cl. 1997); see also Leonard v. Lacy,

7  88 F.3d 181, 183 (2d Cir. 1996).  In addition, the Supreme Court has held that an in forma pauperis

8  applicant need not be "absolutely destitute to enjoy the benefit of the statute." Adkins v. E.I. Du

9  Pont De Nemours & Co., 335 U.S. 331, 339 (1948).  It is sufficient if an applicant provides an

10  affidavit stating that because of his poverty, he cannot "pay or give security for the costs" of a suit.

11  Id.

12        In this case, Plaintiff has declared under the penalty of perjury that he is not presently

13  employed. (Docket Item No. 2.)  Plaintiff declares his most recent date of employment was October

14  9, 2002, at a job for which he was paid approximately $1,500 per month.  (Id.)  Plaintiff does not

15  receive income from any business, profession, self employment, stocks, bonds or royalties, but he

16  does receive $231.00 per month from the Merced County Human Services Agency.  (Id.)  Plaintiff

17  had indicated his monthly rent is $175, that he has no cash, and that he has $00.06 in his bank

18  account.  (Id.)  Based on Plaintiff's declaration of poverty, the Court GRANTS Plaintiff's

19  Application to Proceed in Forma Pauperis.

20  **B.**     **Failure to State a Claim**

21        Pursuant to 28 U.S.C. § 1915(e)(2)(B), the court shall dismiss the case at any time if the

22  court determines that it "is frivolous or malicious, fails to state a claim on which relief may be

23  granted, or seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. §

24  1915(e)(2)(B); See also Denton v. Hernandez, 504 U.S. 25, 27 (1992).

25        Plaintiff filed a form complaint on June 3, 2008, requesting review of an adverse decision by

26  the Social Security Administration.  (Docket Item No. 1.)  Plaintiff alleges that he has exhausted his

27

28              2

United States District Court
For the Northern District of California

administrative remedies.  (Id.)  Accordingly, the Court finds Plaintiff has filed a sufficient

Complaint to proceed with this action.

### III.  CONCLUSION

The Court GRANTS Plaintiff's Motion to Proceed In Forma Pauperis.  The Clerk shall issue

the summons and the U.S. Marshal for the Northern District of California serve, without prepayment

of fees, a copy of the Complaint, any amendments, scheduling orders, attachments, Plaintiff's

affidavit and this Order upon the Defendant.


Dated:  June 27, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

3

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Jamar James Evans
     P.O. Box 25
3    Atwater, CA 95301

4
     **Dated: June 27, 2008**                          **Richard W. Wieking, Clerk**
5

6                                                       **By:   /s/ JW Chambers**
                                                             **Elizabeth Garcia**
7                                                            **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28