IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Jamar James Evans,

        Plaintiff,

  v.

Michael A. Astrue,
Commissioner of Social Security

        Defendant.
                                   /

NO. C 08-02768 JW

**JUDGMENT**

      Pursuant to the Court's September 30, 2009 Order Denying Plaintiff's Motion for Summary Judgment; Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Michael A. Astrue, Commissioner of the Social Security Administration and against Plaintiff Jamar James Evans.

      Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated: September 30, 2009

                                        JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Armand D. Roth Armand.Roth@ssa.gov

Jamar James Evans
PO Box 25
Atwater, CA 95301

Dated: September 30, 2009                    Richard W. Wieking, Clerk

                                                                                            **By:   /s/ JW Chambers**
                                                                                                 **Elizabeth Garcia**
                                                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California